UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| CHARLEE LANG, GREGORY LANG on behalf of minor daughter J.L.<br><br>Plaintiff(s)<br><br>vs.<br><br>OAK GROVE LUTHERAN SCHOOL, through its Board of Regents, et al.<br><br>Defendant(s). | **CONSENT/REASSIGNMENT FORM**<br><br><br>Case No.   3:23-cv-00019-ARS |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☑         **Reassignment** ☐

Charlee Lang and
Gregory Lang on behalf of minor
daughter J.L.

_____            _____
Party(ies) Represented                                     Party(ies) Represented


<u>/s/   Keith Altman</u>                                        <u>/s/</u>_____
Attorney Signature                                           Attorney Signature

<u>February 6, 2023</u>                                        _____
Date                                                                    Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.


ndd_clerksoffice@ndd.uscourts.gov