## AFFIDAVIT OF SERVICE

| Case:<br>3:23-cv-00019-ARS | Court:<br>United States District Court for the District of North Dakota | County:<br>Cass | Job:<br>8584239 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Charlee Lang and Gregory Lang on behalf of minor daughter J.L | | Defendant / Respondent:<br>Dan Stoa | |
| Received by:<br>Franklin Investigations Inc. | | For:<br>Kal, Kaltman Law | |
| To be served upon:<br>Dan Stoa | | | |

I, Jon Hennings , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Dan Stoa, 49 35TH AVE NE, FARGO, ND 58102-1252
**Manner of Service:**          Personal/Individual, Mar 29, 2023, 7:03 pm CDT
**Documents:**                  Amended Summons in Civil Action, Complaint,

**Additional Comments:**
1) Unsuccessful Attempt: Mar 22, 2023, 1:29 pm CDT at 49 35TH AVE NE, FARGO, ND 58102-1252
Was served to father on this day but was later told by client had to be personal service.

2) Unsuccessful Attempt: Mar 24, 2023, 12:52 pm CDT at 49 35TH AVE NE, FARGO, ND 58102-1252
Father stated he was at work.

3) Unsuccessful Attempt: Mar 29, 2023, 12:07 pm CDT at 126 N TERRACE N, FARGO, ND 58102-3818
Service was attempted at Oak Grove High School and was told by staff he was no longer working there.

4) Successful Attempt: Mar 29, 2023, 7:03 pm CDT at 49 35TH AVE NE, FARGO, ND 58102-1252 received by Dan Stoa. Age: 30-35; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'; Hair: Brown;
On 3-29-2023 at 49 35th Ave NE, Fargo, ND documents were personally served on Daniel Stoa.

*[signature: Jon Hennings]*   04/11/2023

Jon Hennings                   Date
546

Franklin Investigations Inc.
P.O. Box 9071
Fargo, ND 58106
701-541-4737