IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| CHARLEE LANG; GREGORY LANG on behalf of minor daughter J.L.;<br><br>*Plaintiffs,*<br><br>v.<br><br>OAK GROVE LUTHERAN SCHOOL, through its Board of Regents; DANIEL STOA, in his official and individual capacity; MICHAEL SLETTE, in his official and individual capacity; BRENT WOLF, in his official and individual capacity; AMIEE ZACHIRSON, in her official and individual capacity,<br><br>*Defendants.* | Case No. 3:23-cv-00019-ARS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 24, 2023, the following document(s):

**DEFENDANT DANIEL STOA'S ANSWER TO PLAINTIFFS' COMPLAINT AND JURY DEMAND**

was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

**Keith Altman**                                            **keithaltman@kaltmanlaw.com**

I further certify that a copy of the foregoing document will be mailed by first class mail, postage paid, to the following non-ECF participants: **NONE**

Dated this 24th day of April, 2023.        */s/ William P. Harrie*_____
William P. Harrie, ND ID#04411
Nilles Law Firm
1800 Radisson Tower
201 North Fifth Street
P.O. Box 2626
Fargo, ND 58108-2626
Phone: 701-237-5544
E-Mail:  wharrie@nilleslaw.com
Attorneys for Defendant Daniel Stoa