IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| CHARLEE LANG; GREGORY LANG on behalf of minor daughter J.L., <br><br> Plaintiffs, <br><br> vs. <br><br> OAK GROVE LUTHERAN SCHOOL, through its Board of Regents; DANIEL STOA, in his official and individual capacity; MICHAEL SLETTE, in his official and individual capacity; BRENT WOLF, in his official and individual capacity; AMIEE ZACHIRSON, in her official and individual capacity, <br><br> Defendants. | Civil No. 3:23- cv-00019 <br><br> **DEFENDANTS OAK GROVE LUTHERAN SCHOOL, MICHAEL SLETTE, BRENT WOLF AND AIMEE ZACHRISON'S MOTION TO DISMISS** |

\*\*\*          \*\*\*          \*\*\*

Pursuant to Rule 7.1(A) of the Local Rules of the United States District Court for the District of North Dakota and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Oak Grove Lutheran School, Michael Slette, Brent Wolf, and Aimee Zachrison[1] (collectively "Oak Grove Defendants") request the Court dismiss all of Plaintiffs' claims against all Defendants arising under federal law for failure to state a claim upon which relief may be granted, with prejudice, and request the Court refuse to exercise supplemental jurisdiction over Plaintiffs' claims arising under state law.  In the alternative, Oak Grove Defendants request all of Plaintiffs' claims as against all Defendants be dismissed, in their entirety and with prejudice, as a matter of law for failure to state a claim upon which relief may be granted.

---

[1] The Complaint incorrectly spells this Defendant's name as Amiee Zachirson.

1

This motion is based upon all of the files, records, and proceedings herein, including, among other things, the memorandum of law submitted in support of this motion.

Dated the 24th day of April, 2023.

BAKKE GRINOLDS WIEDERHOLT

By: */s/ Shawn A. Grinolds*
Shawn A. Grinolds (#05407)
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
(701) 751-8188
sgrinolds@bgwattorneys.com

Attorney for Oak Grove Lutheran School, Michael Slette, Brent Wolf and Aimee Zachrison

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANTS OAK GROVE LUTHERAN SCHOOL, MICHAEL SLETTE, BRENT WOLF AND AIMEE ZACHRISON'S MOTION TO DISMISS** was on the 24th day of April, 2023, was filed electronically with the Clerk of Court through ECF.

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Ste 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com

William P. Harrie
Nilles Law Firm
1800 Radisson Tower
P.O. Box 2626
Fargo, ND 58108
wharrie@nilleslaw.com

By: */s/ Shawn A. Grinolds*
SHAWN A. GRINOLDS