IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| CHARLEE LANG; GREGORY LANG on behalf of minor daughter J.L.,<br><br>Plaintiffs,<br><br>vs.<br><br>OAK GROVE LUTHERAN SCHOOL, through its Board of Regents; DANIEL STOA, in his official and individual capacity; MICHAEL SLETTE, in his official and individual capacity; BRENT WOLF, in his official and individual capacity; AMIEE ZACHIRSON, in her official and individual capacity,<br><br>Defendants. | Civil No. 3:23-cv-00019<br><br>**AFFIDAVIT OF**<br>**SHAWN A. GRINOLDS** |

\*\*\*           \*\*\*           \*\*\*

STATE OF NORTH DAKOTA  )
                       ) SS.
COUNTY OF BURLEIGH     )

Being duly sworn, Shawn A. Grinolds, testifies:

1. I am an attorney duly licensed to practice law in the State of North Dakota and am admitted to practice before this Court.

2. I am a member of the firm Bakke Grinolds Wiederholt, attorneys for Oak Grove Lutheran School, Michael Slette, Brent Wolf, and Aimee Zachrison.

3. This affidavit is submitted in support of *Memorandum of Law In Support Of Defendants Oak Grove Lutheran School, Michael Slette, Brent Wolf and Aimee Zachrison's Motion to Dismiss*, filed herewith.

4. Attached hereto as **Exhibit A** is a true and correct copy of correspondence dated July

19, 2021 to Greg and Sara Lang from Oak Grove Lutheran School.

Dated this 24th day of April, 2023.

            BAKKE GRINOLDS WIEDERHOLT

            By:_____
            Shawn A. Grinolds (#05407)
            300 West Century Avenue
            P.O. Box 4247
            Bismarck, ND 58502-4247
            (701) 751-8188
            sgrinolds@bgwattorneys.com

            Attorney for Oak Grove Lutheran School, Michael Slette, Brent Wolf and Aimee Zachrison

STATE OF NORTH DAKOTA  )
            ) ss.
COUNTY OF BURLEIGH   )

  On this 24th day of April, 2023 before me personally appeared Shawn A. Grinolds, known to me to be the person described in the within and foregoing instrument, and acknowledged to me that he executed the same.

            _____
            Notary Public

KATE FINCK
Notary Public
State of North Dakota
My Commission Expires June 1, 2025

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AFFIDAVIT OF SHAWN A. GRINOLDS** was on the 24th day of April, 2023, was filed electronically with the Clerk of Court through ECF.

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Ste 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com

William P. Harrie
Nilles Law Firm
1800 Radisson Tower
P.O. Box 2626
Fargo, ND 58108
wharrie@nilleslaw.com

By: /s/ Shawn A. Grinolds
SHAWN A. GRINOLDS