

July 19, 2021

Greg and Sara Lang
4180 58th St S
Fargo, ND 58104

Dear Greg and Sara,

At Oak Grove Lutheran School, we believe that in order for our students to be successful, there must be a trusting partnership and relationship between the school (through its administration, faculty, and staff), the student, and the parents or guardians of each student. When this relationship of trust and cooperation erodes or no longer exists, we are forced to make difficult decisions as to whether or not Oak Grove provides the best educational environment for individual students. We are also charged with considering the well-being of other students and our student body as whole to assure the best possible educational and overall experience to all students.

Unfortunately, we at Oak Grove have become concerned that the relationship between your family – yourselves, Charlee, and J.L. -- and the Oak Grove community has become unduly contentious over the course of the 2020-21 school year. Although Oak Grove recognizes that individuals of good faith may disagree on many issues in a respectful dialogue, we at the school must insist that once decisions are made for the good of the entire student body, individual students and their families will respectfully adhere to those policies or move their students elsewhere.

The respectful dialogue we expect and demand at Oak Grove did not happen in many instances in the past school year, including incidents of defiance of policy and conflict exhibited by you as parents, and by Charlee and J.L. as students, with their classmates, faculty, and staff. We are especially troubled by your actions as a parent, Sara, in attempting to involve an underage Oak Grove student, C.C., in the face mask controversy through the development of a student survey using a Facebook group misleadingly labeled "OG Parents for Choice." This apparent attempt to manipulate the student occurred without knowledge of the student's parents[1] and is documented by a lengthy Facebook Messenger exchange between you and the student. Your exchange with this student does not reflect the underlying values of Oak Grove Lutheran School and is unacceptable.

---

[1] In fact, a particularly troubling message reflects that you instructed the student not to tell others about his communications with you or your involvement in the student survey.

1

**Exhibit A**

These incidents, and many more, reflect a substantial difference in philosophy between your family and the mission, values, and legacy of Oak Grove Lutheran School. As a result, we have made the difficult decision not to re-enroll J.L. and Charlee for the 2021-22 school year.

We have not come to this decision without much prayerful consideration. We also recognize the difficulty it will likely cause for your family, especially for Charlee as she prepares for her senior year, having completed her entire education at Oak Grove. As a result, the administration of Oak Grove is prepared to allow Charlee to re-enroll for her senior year at Oak Grove Lutheran, **provided that she, and the two of you as her parents, agree to the following expectations for the 2021-22 school year**:

1. All School Student Academic, Conduct, and other applicable policies will be followed by Charlee at all times and she will conduct herself in a respectful, cooperative manner with fellow students, administration, faculty, and staff.

2. All Handbook and Acceptable Use Policies will be followed by all members of the Lang family at all times, including attendance at extracurricular activities.

3. Greg and Sara Lang are not to be on Oak Grove Lutheran School property for any reason without express advance written permission from President Slette prior to September 15, 2021. This "cooling off period" is in recognition of the seriousness of the C.C. incident and disruption caused by you as parents to the Oak Grove Community in the past school year.

    o This exclusionary period includes the School Day and Extra-Curricular activities or events during the period.

    o Should behavior of any member of the Lang family be such as to necessitate removal from the premises for any reason at any time during the school year, the Lang family will be excluded from campus for the remainder of the school year, NOT to include Commencement on May 29, 2022.

4. Letters of Apology will be written by Sara Lang and sent to the C.C. family, C.C. in specific, for the events leading up to and including the Student Survey. In addition, another letter will be written to the Parents for Choice group administrators for using their name without their consent.

    o Copies of the letters sent will also be sent to President Slette.

5. No member of the Lang family may contact C.C. or any member of his family or any student at Oak Grove Lutheran School for the purpose of retaliation.

    o This extends to members of the Lang family enlisting the help of others to do the same.

    o Any contact for the purpose of retaliation, harassment, or bullying behavior toward this student or any other student(s) at Oak Grove Lutheran School will be grounds for immediate expulsion of Charlee.

6. To facilitate a positive relationship between Charlee and Oak Grove Lutheran School and provide her the most positive school year possible:

   o Charlee will be expected to meet with a member of the Oak Grove Lutheran School administration every other week for the first semester to help build a renewed relationship of trust and community.

   o We further encourage Charlee to join the PaY club for the 2021-22 school year to provide a positive outlet for her social activism and renewed connection to the Oak Grove community.

If you agree to abide by these conditions, Greg, Sara, and Charlee, please sign and return the acknowledgments on the attached page and return your acknowledgments to Oak Grove not later than August 1, 2021. Please know that failure to comply with any of these conditions of Oak Grove policy could result in expulsion from the school.

Please contact Ms. Zachrison for any assistance required in transferring J.L. records to her new school. We wish her the very best in her new school environment. Should you decide not to re-enroll Charlee, we are happy to assist in the transfer of her records as well.

Sincerely,


Michael A. Slette, President          Aimee Zachrison, Academic Dean


Enclosure

cc: Sher Thomsen, Chair Oak Grove Board of Regents

## ACKNOWLEDGMENT OF EXPECTATIONS

**We, the undersigned, agree to abide by the following expectations, as a condition for re-enrollment of Charlee Lang at Oak Grove Lutheran School for the 2021-22 school year:**

1. All School Student Academic, Conduct, and other applicable policies will be followed by Charlee at all times and she will conduct herself in a respectful, cooperative manner with fellow students, administration, faculty, and staff.

2. All Handbook and Acceptable Use Policies will be followed by all members of the Lang family at all times, including attendance at extracurricular activities.

3. Greg and Sara Lang are not to be on Oak Grove Lutheran School property for any reason without express advance written permission from President Slette prior to September 15, 2021. This "cooling off period" is in recognition of the seriousness of the Carter Cassola incident and disruption caused by you as parents to the Oak Grove Community in the past school year.

   o This exclusionary period includes the School Day and Extra-Curricular activities or events during the period.

   o Should behavior of any member of the Lang family be such as to necessitate removal from the premises for any reason at any time during the school year, the Lang family will be excluded from campus for the remainder of the school year, NOT to include Commencement on May 29, 2022.

4. Letters of Apology will be written by Sara Lang and sent to the C.C. family, C.C. in specific, for the events leading up to and including the Student Survey. In addition, another letter will be written to the Parents for Choice group administrators for using their name without their consent.

   o Copies of the letters sent will also be sent to President Slette.

5. No member of the Lang family may contact C.C. or any member of his family or any student at Oak Grove Lutheran School for the purpose of retaliation.

   o This extends to members of the Lang family enlisting the help of others to do the same.

1

- o Any contact for the purpose of retaliation, harassment, or bullying behavior toward this student or any other student(s) at Oak Grove Lutheran School will be grounds for immediate expulsion of Charlee.

6. To facilitate a positive relationship between Charlee and Oak Grove Lutheran School and provide her the most positive school year possible:

    - o Charlee will be expected to meet with a member of the Oak Grove Lutheran School administration every other week for the first semester to help build a renewed relationship of trust and community.

    - o We further encourage Charlee to join the PaY club for the 2021-22 school year to provide a positive outlet for her social activism and renewed connection to the Oak Grove community.

WE HAVE READ AND AGREE TO ABIDE BY THE ABOVE CONDITIONS AS A CONDITION OF RE-ENROLLMENT AND CONTINUING ENROLLMENT OF CHARLEE LANG AT OAK GROVE LUTHERAN SCHOOL.

Signed this _____ day of July, 2021.

_____                    _____
GREG LANG – PARENT                                SARA LANG – PARENT

_____
CHARLEE LANG - STUDENT

44475336.3

2