IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| CHARLEE LANG; GREGORY LANG on behalf of minor daughter J.L., <br><br>  Plaintiffs, <br><br> vs. <br><br> OAK GROVE LUTHERAN SCHOOL, through its Board of Regents; DANIEL STOA, in his official and individual capacity; MICHAEL SLETTE, in his official and individual capacity; BRENT WOLF, in his official and individual capacity; AMIEE ZACHIRSON, in her official and individual capacity, <br><br>  Defendants. | Civil No. 3:23- cv-00019 <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

\*\*\*             \*\*\*             \*\*\*

Defendant Oak Grove Lutheran School ("Oak Grove") is a nonprofit corporation organized under the laws of the State of North Dakota. Oak Grove does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated the 24th day of April, 2023.

                                                BAKKE GRINOLDS WIEDERHOLT

                        By:     /s/ Shawn A. Grinolds
                                Shawn A. Grinolds (#05407)
                                300 West Century Avenue
                                P.O. Box 4247
                                Bismarck, ND 58502-4247
                                (701) 751-8188
                                sgrinolds@bgwattorneys.com

                                Attorney for Oak Grove Lutheran School, Michael Slette, Brent Wolf and Aimee Zachrison

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was on the 24th day of April, 2023, was filed electronically with the Clerk of Court through ECF.

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Ste 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com

William P. Harrie
Nilles Law Firm
1800 Radisson Tower
P.O. Box 2626
Fargo, ND 58108
wharrie@nilleslaw.com

By: */s/ Shawn A. Grinolds*
     SHAWN A. GRINOLDS