IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| CHARLEE LANG; GREGORY LANG on behalf of minor daughter J.L.; <br><br> *Plaintiffs,* <br><br> v. <br><br> OAK GROVE LUTHERAN SCHOOL, through its Board of Regents; DANIEL STOA, in his official and individual capacity; MICHAEL SLETTE, in his official and individual capacity; BRENT WOLF, in his official and individual capacity; AMIEE ZACHIRSON, in her official and individual capacity, <br><br> *Defendants.* | Case No. 3:23-cv-00019-ARS <br><br> **DEFENDANT DANIEL STOA'S MOTION TO DISMISS** |

Pursuant to Rule 7.1(A) of the Local Rules of the United States District Court for the District of North Dakota and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Daniel Stoa joins in Oak Grove Defendants Motion requesting the Court to dismiss all of Plaintiffs' claims against all Defendants' arising under federal law for failure to state a claim upon which relief may be granted, with prejudice, including claims against Defendant Daniel Stoa. Defendant Daniel Stoa also joins in the Motion of Oak Grove Defendants requesting the Court refuse to exercise supplemental jurisdiction over Plaintiffs' claims arising under state law. Alternatively, Defendant Stoa requests all of Plaintiffs' claims as against all Defendants be dismissed, in their entirety and with prejudice, as a matter of law for failure to state a claim upon which relief may granted.

This Motion is based upon all files, records, and proceedings herein, including, among other things, the Memorandum of Law in Support of the Oak Grove Defendants Motion to Dismiss and the Memorandum of Law of Defendant Stoa submitted in support of this Motion.

Dated this 25th day of April, 2023.

/s/ William P. Harrie_____
William P. Harrie, ND ID#04411
Nilles Law Firm
1800 Radisson Tower
201 North Fifth Street
P.O. Box 2626
Fargo, ND 58108-2626
Phone: 701-237-5544
E-Mail:  wharrie@nilleslaw.com
Attorneys for Defendant Daniel Stoa

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT DANIEL STOA'S MOTION TO DISMISS** was on the 25th day of April, 2023, was filed electronically with the Clerk of Court through ECF.

Keith Altman
The Law Office Keith Altman
33228 West 12 Mile Road, Ste. 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com

Shawn A. Grinolds
BAKKE GRINOLDS WIEDERHOLT
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
sgrinolds@bgwattorneys.com

/s/ William P. Harrie_____
William P. Harrie, ND ID#04411
Nilles Law Firm
1800 Radisson Tower
201 North Fifth Street
P.O. Box 2626
Fargo, ND 58108-2626
Phone: 701-237-5544
E-Mail:  wharrie@nilleslaw.com
Attorneys for Defendant Daniel Stoa

2