IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| CHARLEE LANG; GREGORY LANG on behalf of minor daughter J.L.;<br><br>*Plaintiffs,*<br><br>v.<br><br>OAK GROVE LUTHERAN SCHOOL, through its Board of Regents; DANIEL STOA, in his official and individual capacity; MICHAEL SLETTE, in his official and individual capacity; BRENT WOLF, in his official and individual capacity; AMIEE ZACHIRSON, in her official and individual capacity,<br><br>*Defendants.* | Case No. 3:23-cv-00019-ARS<br><br>**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT DANIEL STOA'S MOTION TO DISMISS AND JOINDER IN OAK GROVE DEFENDANTS' MOTION TO DISMISS** |

Pending before this Court is a Motion to Dismiss and Memorandum of Law in Support of Motion to Dismiss filed by the Oak Grove Defendants. The Motion and Memorandum of Law requests the Court to dismiss all of Plaintiffs' claims against all Defendants arising under federal law for failure to state a claim upon which relief can be granted, and also requests the Court to refuse to exercise supplemental jurisdiction over Plaintiffs' claims arising under state law. Alternatively, Oak Grove Defendants request all of Plaintiffs' claims as against all Defendants be dismissed, in their entirety, as a matter of law for failure to state a claim upon which relief may be granted.

Defendant Daniel Stoa joins in the Motion and Memorandum of Law of Oak Grove Defendants. The reasoning and law is adequately set forth in the Motion and Memorandum of Law of Oak Grove Defendants and will not be repeated here. Therefore, Defendant Daniel Stoa joins with Oak Grove Defendants request that the Court dismiss all of Plaintiffs' claims under

1

federal law, and refuse to exercise supplemental jurisdiction over Plaintiffs' claims arising under state law. Alternatively, Defendant Daniel Stoa requests all of Plaintiffs' claims as against all Defendants be dismissed, in their entirety, as a matter of law.

Dated this 25th day of April, 2023.

                                                  */s/ William P. Harrie*_____
                                                  William P. Harrie, ND ID#04411
                                                  Nilles Law Firm
                                                  1800 Radisson Tower
                                                  201 North Fifth Street
                                                  P.O. Box 2626
                                                  Fargo, ND 58108-2626
                                                  Phone: 701-237-5544
                                                  E-Mail:  wharrie@nilleslaw.com
                                                  Attorneys for Defendant Daniel Stoa

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT DANIEL STOA'S MOTION TO DISMISS AND JOINDER IN OAK GROVE DEFENDANTS' MOTION TO DISMISS** was on the 25th day of April, 2023, was filed electronically with the Clerk of Court through ECF.

Keith Altman
The Law Office Keith Altman
33228 West 12 Mile Road, Ste. 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com

Shawn A. Grinolds
BAKKE GRINOLDS WIEDERHOLT
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
sgrinolds@bgwattorneys.com

/s/ William P. Harrie
William P. Harrie, ND ID#04411
Nilles Law Firm
1800 Radisson Tower
201 North Fifth Street
P.O. Box 2626
Fargo, ND 58108-2626
Phone: 701-237-5544
E-Mail: wharrie@nilleslaw.com
Attorneys for Defendant Daniel Stoa