UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charlee Lang; Gregory Lang on behalf of minor daughter J.L., <br><br> Plaintiff(s) <br><br> vs. <br><br> Oak Grove Lutheran School, et al. <br><br> Defendant(s). | **CONSENT/REASSIGNMENT FORM** <br><br><br> Case No. 3:23-cv-00019 |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

# Consent ☐              # Reassignment ☑

|  |  |
|---|---|
|  | Oak Grove Lutheran School, Michael Slette, Brent Wolf and Aimee Zachrison |
| Party(ies) Represented | Party(ies) Represented |
|  |  |
| /s/ | /s/ *Shawn A. Grinolds* |
| Attorney Signature | Attorney Signature |
|  | April 28, 2023 |
| Date | Date |

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov