Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Charlee Lang, et al.,

Plaintiffs,

vs.

Oak Grove Lutheran School, through its Board of Regents, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   3:23-cv-00019

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated November 17, 2023, (Doc. 48), The Court has reviewed the record, the parties' filings, and the relevant legal authority. For the reasons above, the motions to dismiss for failure to state a claim (Doc. 37; 39) are GRANTED. Because the Langs already amended their complaint, their motion for leave to amend their complaint again is DENIED. The Langs' amended complaint is DISMISSED without prejudice.

Date: November 17, 2023

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Pamela Bloomquist, Deputy Clerk*