IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

|  |  |
|---|---|
| CHARLEE LANG; GREGORY LANG on behalf of minor daughter J.L., <br><br> Plaintiffs, <br><br> vs. <br><br> OAK GROVE LUTHERAN SCHOOL; et al., <br><br> Defendants. | Civil No. 3:23- cv-00019 <br><br> **DEFENDANTS OAK GROVE LUTHERAN SCHOOL, MICHAEL SLETTE, BRENT WOLF AND AIMEE ZACHRISON'S MOTION TO ALTER OR AMEND ORDER AND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e) AND 60(b)(6)** |

\*\*\*         \*\*\*         \*\*\*

Defendants Oak Grove Lutheran School, Michael Slette, Brent Wolf, and Aimee Zachrison (collectively "Oak Grove Defendants") submit this motion pursuant to Federal Rules of Civil Procedure 59(e) and 60(b)(6) requesting the Court alter or amend *Order Granting Motions to Dismiss* (doc. 48) ("Order") and associated *Judgment in a Civil Case* (doc. 49) ("Judgement"), both filed November 17, 2023. Specifically, Oak Grove Defendants request the Court alter or amend the Order and Judgment to dismiss Plaintiffs' claims arising under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 ("Title IX") "with prejudice" rather than "without prejudice" as currently held.

This motion is supported by the memorandum of law filed herewith, and all of the records filed herein.

Dated the 6th day of December, 2023.

BAKKE GRINOLDS WIEDERHOLT

By:   */s/ Shawn A. Grinolds*

1

Shawn A. Grinolds (#05407)
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
(701) 751-8188
sgrinolds@bgwattorneys.com

Attorney for Oak Grove Lutheran School, Michael Slette, Brent Wolf and Aimee Zachrison

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANTS OAK GROVE LUTHERAN SCHOOL, MICHAEL SLETTE, BRENT WOLF AND AIMEE ZACHRISON'S MOTION TO ALTER OR AMEND ORDER AND JUDGMENT PURSUANT TO FED .R. CIV. P. 59(e) AND 60(b)(6)** was on the 6th day of December, 2023, filed electronically with the Clerk of Court through ECF.

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Ste 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com

William P. Harrie
Nilles Law Firm
1800 Radisson Tower
P.O. Box 2626
Fargo, ND 58108
wharrie@nilleslaw.com

By: */s/ Shawn A. Grinolds*
SHAWN A. GRINOLDS