IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| CHARLEE LANG; GREGORY LANG on behalf of minor daughter J.L.;<br><br>*Plaintiffs,*<br><br>v.<br><br>OAK GROVE LUTHERAN SCHOOL, through its Board of Regents; DANIEL STOA, in his official and individual capacity; MICHAEL SLETTE, in his official and individual capacity; BRENT WOLF, in his official and individual capacity; AMIEE ZACHIRSON, in her official and individual capacity,<br><br>*Defendants.* | Case No. 3:23-cv-00019-ARS<br><br>**DEFENDANT DANIEL STOA'S JOINDER IN OAK GROVE DEFENDANTS' MOTION TO ALTER OR AMEND ORDER AND JUDGMENT** |

Pending before this Court is Oak Grove Defendants' Motion to Alter or Amend Order and Judgment pursuant to Fed. R. Civ. P. 59(e) and 60(b)(6). Oak Grove Defendants request the Court to alter or amend the Order and Judgment to dismiss Plaintiffs' claims arising under Title IX "with prejudice" rather than "without prejudice" as currently held. Defendant Daniel Stoa joins in Oak Grove Defendants' Motion (Doc. No. 51) and its Memorandum of Law in Support of Motion (Doc. No. 52).

Dated this 7th day of December, 2023.

/s/ William P. Harrie
William P. Harrie, ND ID#04411
Nilles Law Firm
1800 Radisson Tower
201 North Fifth Street
P.O. Box 2626
Fargo, ND 58108-2626

Phone: 701-237-5544
E-Mail:  wharrie@nilleslaw.com
Attorneys for Defendant Daniel Stoa


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT DANIEL STOA'S JOINDER IN OAK GROVE DEFENDANTS' MOTION TO ALTER OR AMEND ORDER AND JUDGMENT** was on the 7th day of December, 2023, was filed electronically with the Clerk of Court through ECF.

Keith Altman
The Law Office Keith Altman
33228 West 12 Mile Road, Ste. 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com

Shawn A. Grinolds
BAKKE GRINOLDS WIEDERHOLT
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
sgrinolds@bgwattorneys.com

*/s/ William P. Harrie*
William P. Harrie, ND ID#04411
Nilles Law Firm
1800 Radisson Tower
201 North Fifth Street
P.O. Box 2626
Fargo, ND 58108-2626
Phone: 701-237-5544
E-Mail:  wharrie@nilleslaw.com
Attorneys for Defendant Daniel Stoa